IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR260** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **RUSTY LEISURE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the United States' Motion to Extend Time for Filing Response to Defendant's § 2255 Motion. (Filing No. 135). In its motion the United States asks that its response deadline be extended from January 18, 2007, to February 16, 2007. The motion is granted.

IT IS ORDERED:

1. That the United States' Motion to Extend Time for Filing Response to Defendant's § 2255 Motion (Filing No. 135) is granted;

2. On or before February 16, 2007, the United States shall file an Answer to claims (1) through (3) of the Defendant's § 2255 motion and support its Answer with a brief;

3. On or before March 16, 2007, the Defendant may file a responsive brief; and

4. The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address.

DATED this 22nd day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge