IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:02CR260 |
| Plaintiff, | ) ) ) | |
| v. | ) | JUDGMENT |
| RUSTY LEISURE, | ) ) ) | |
| Defendant. | ) | |

For the reasons stated in the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Filing No. 131) is denied; and

2. The Clerk of Court is directed to send a copy of this Judgment to the Defendant at his last known address.

DATED this 10th day of May, 2007.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge

1